# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ROLLIE JEFF BARNHOLT |
| **Case Number:** | 2:09-bk-16829-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 29, 2009 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY US BANK NATIONAL ASSOCIATION

**R / M #:** 12 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR US BANK NATIONAL ASSOCIATION

## Proceedings:

Mr. McDonald states that the trustee sale was scheduled before the bankruptcy petition was filed. He states that the sale has already been conducted.

COURT: IT IS ORDERED VACATING THE STAY AND DIRECTING COUNSEL TO UPLOAD A FORM OF ORDER.