**SIGNED.**



**TIFFANY & BOSCO** P.A.

**Dated: October 06, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19709/0060162583

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rollie Jeff Barnholt<br>      Debtors.<br>_____<br>US Bank National Association, as Trustee for Banc of America Funding Corporation 2006-G<br>      Movant,<br>  vs.<br><br>Rollie Jeff Barnholt, Debtors; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-16829-SSC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #12) |

    This matter having come before the Court for a Preliminary Hearing on September 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Lawrence D. Hirsch, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated October 11, 2005, and recorded on October 17, 2005 in Instrument No. 20051547973, in the office of the Maricopa County Recorder at wherein US Bank National Association, as Trustee for Banc of America Funding Corporation 2006-G is the current beneficiary and Rollie Jeff Barnholt have an interest in, further described as:

Lot 307, MOON VALLEY, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 092 of Maps, page 01.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT